COM.

v.

JOHNSON, J.

**1605 WDA 2016**

Superior Court of Pennsylvania.

06/16/2017

Reargument Denied 8/17/2017

CP–37–CR–0001512–2011

(Lawrence)

Affirmed

ADOPTION OF A.Z.F.,

**Appeal of R.O.F.–F., father**

**67 WDA 2017**

Superior Court of Pennsylvania.

06/16/2017

22 In Adoption 2016

(Erie)

Affirmed

COM.

v.

**DEANS, M.**

**3344 EDA 2015**

Superior Court of Pennsylvania.

06/19/2017

CP–51–CR–0016655–2008 (Philadelphia)

Affirmed

COM.

v.

**D'AGOSTINO, D.**

**1207 EDA 2016**

Superior Court of Pennsylvania.

06/19/2017

CP–51–CR–0013598–2008 (Philadelphia)

Affirmed

COM.

v.

**ORTIZ, J.**

**1801 EDA 2016**

Superior Court of Pennsylvania.

06/19/2017

CP–39–CR–0000102–2002

(Lehigh)

Affirmed